IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JTH TAX, LLC d/b/a LIBERTY TAX SERVICE,<br>        **Plaintiff** | : | No. 3:24cv252 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| KARISMA PAGE; MR. BIG DREAMS INC.; RANDY PAGE; PAGECO, INC.; DIAMOND EAGLE AGENCY LLC; DIAMOND EAGLE TAXES, INC; DIAMOND EAGLE LLC; and MARJORIE PAGE,<br>        **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, to wit, this 26 day of November 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants Karisma Page, Marjorie Page, and Randy Page's motion to set aside entries of default (Doc. 57) is **GRANTED**;

2) The Clerk of Court is directed to docket Defendants Karisma Page, Marjorie Page, and Randy Page's proposed answer and counterclaims (Doc. 63-3) as the operative response to plaintiff's complaint;

3) Defendants Karisma Page, Marjorie Page, and Randy Page's motion to transfer venue pursuant to 28 U.S.C. § 1412 (Doc. 57) is likewise **GRANTED**;

4) The Clerk of Court is directed to transfer this action to the United States District Court for the Eastern District of New York; and

5) The Clerk of Court is directed to close this case in this court.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court